1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
      1301 Clay St., 3rd Floor
6     Oakland, California 94612
      Telephone: (510) 637-3740
7     Fax: (510) 637-3724
      E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )  CASE NO. CR-14-00236 JST
                                     )
14       Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER
                                     )  EXCLUDING TIME FROM THE SPEEDY TRIAL
15     v.                            )  ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A))
                                     )
16  ROBERT AKOLO,                    )
                                     )
17       Defendant.                  )
                                     )
18                                   )
                                     )
19  _____   )

20

21       The Court held a status conference in this matter on May 23, 2014. Defendant Akolo was not

22  present at the status conference due to medical issues. The government represented that it has produced

23  some discovery in the case and will continue that production in the coming weeks. The government also

24  noted that there is a voluminous amount of discovery in the case. The parties agreed that excluding time

25  would be appropriate to allow the government additional time to produce the remaining discovery and to

26  allow defense counsel time to review it.

27  ///

28  ///

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME AND WAIVE RULE 5.1 REQUIREMENTS
4-13-71536

1  With the agreement of the parties, and with the consent of the defendants, the Court enters this
2  order setting a status conference on May 30, 2014, and documenting the exclusion of time under the
3  Speedy Trial Act, 18 U.S.C. § 3161, from May 23, 2014, through May 30, 2014.
4  The parties agree, and the Court finds and holds, as follows:
5  1.  The defendant is currently in custody.
6  2.  Given the need for additional time for the government to produce discovery, the defendant
7  agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide
8  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
9  The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy
10 Trial Act violations prior to May 23, 2014, shall remain preserved.
11 3.  Counsel for the defendant believes that the exclusion of time is in her clients' best interest.
12 4.  Given these circumstances, the Court finds that the ends of justice served by excluding
13 the period from May 23, 2014, through May 30, 2014, outweigh the best interest of the public and the
14 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
15 5.  Accordingly, and with the consent of the defendant, the Court orders that the period from
16 May 23, 2014, through May 30, 2014, shall be excluded from Speedy Trial Act calculations under 18
17 U.S.C. § 3161(h)(7)(A) & (B)(iv).
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME AND WAIVE RULE 5.1 REQUIREMENTS
4-13-71536

1  IT IS SO STIPULATED:

3  DATED: May 27, 2014            _____/s_____
                                   AARON D. WEGNER
4                                  Assistant United States Attorney

6  DATED: May 27, 2014            _____/s_____
                                   CLAIRE LEARY
7                                  Attorney for Robert Akolo

9  IT IS SO ORDERED.

11 DATED: May 29, 2014

IT IS SO ORDERED
*[signature]*
Judge Jon S. Tigar

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME AND WAIVE RULE 5.1 REQUIREMENTS
4-13-71536

3