1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
       1301 Clay St., 3rd Floor
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Fax: (510) 637-3724
       E-Mail: aaron.wegner@usdoj.gov
8
9  Attorneys for the United States

10

11                        UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                                OAKLAND DIVISION

14  UNITED STATES OF AMERICA,           )  CASE NO. CR-14-00236 JST
                                        )
15         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXCLUDING TIME FROM THE SPEEDY TRIAL
16     v.                               )  ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A))
                                        )
17  ROBERT AKOLO,                       )
                                        )
18         Defendant.                   )
                                        )
19                                      )
                                        )
20  _____ )

21

22      The defendant appeared for a status conference in front of the Court on November 21, 2014. At

23  the status conference, the defendant requested additional time to research and prepare motions in the

24  case. The parties jointly requested that a motion hearing date be set for February 2, 2015. The parties

25  agreed to a briefing schedule and also agreed that excluding time would be appropriate to allow defense

26  counsel time to research and prepare motions.

27      Therefore, the parties agree, and the Court finds and holds, as follows:

28      1. The defendant is currently in custody.

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00236 JST

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from November 21, 2014, through February 2, 2015, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to research and prepare motions. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to November 21, 2014, shall remain preserved

3. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 21, 2014, through February 2, 2015, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, the Court orders that the period from November 21, 2014, through February 2, 2015, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 24, 2014          _____/s_____
                                  AARON D. WEGNER
                                  Assistant United States Attorney

DATED: November 24, 2014          _____/s_____
                                  CLAIRE LEARY
                                  Attorney for Robert Akolo

IT IS SO ORDERED.

DATED:  December 19, 2014         _____
                                  HON. JON S. TIGAR
                                  United States District Judge

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00236 JST