1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
    1301 Clay St., 3rd Floor
6   Oakland, California 94612
    Telephone: (510) 637-3740
7   Fax: (510) 637-3724
    E-Mail: aaron.wegner@usdoj.gov
8
9  Attorneys for the United States

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,        )  NO. CR 14-00236 JST
                                      )
15 |     Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                      )  CONTINUING MOTION HEARING DATE
16 |     v.                           )  SETTING AND SETTING DEADLINE FOR
                                      )  DEFENDANT'S REPLY BRIEF AND
17 | ROBERT AKOLO,                    )  EXCLUDING TIME FROM THE SPEEDY TRIAL
                                      )  ACT CALCULATION
18 |     Defendant.                   )
                                      )
19

20      A hearing on the defendant's motion to dismiss of outrageous government conduct is currently

21 scheduled for February 2, 2015, at 2:00 p.m. Government counsel is scheduled to start a trial in *United*

22 *States v. Adrian Jemison*, CR 14-00389 YGR, on the same date. Therefore, the parties hereby stipulate

23 to continue the hearing on the defendant's motion to dismiss to February 23, 2015, at 2:00 p.m. The

24 parties also agree that to modify the briefing schedule to allow the defendant's reply brief to be filed no

25 later than February 9, 2015.

26      Furthermore, the parties agree to an exclusion of time under the Speedy Trial Act from February

27 2, 2015, through February 23, 2015, based upon the need for effective preparation of counsel and to

28 provide the defendant an opportunity to review newly produced discovery with the defendant.

1    Therefore, the parties agree, and the Court finds and holds, as follows:

2    1. The hearing on the defendant's motion to dismiss for outrageous government conduct is
3    continued to February 23, 2014, at 2:00 p.m. The defendant's reply brief shall be due not later than
4    February 9, 2015.

5    2.   The defendant agrees to an exclusion of time under the Speedy Trial Act from February 2,
6    2015, through February 23, 2015, based upon the need for effective preparation of counsel. The
7    defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial
8    Act violations prior to February 2, 2015, shall remain preserved.

9    3. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

10   4. Given these circumstances, the Court finds that the ends of justice served by excluding
11   the period from February 2, 2015, through February 23, 2015, outweigh the best interest of the public
12   and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

13   5. Accordingly, the Court orders that the period from February 2, 2015, through February 23,
14   2015, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

15   IT IS SO STIPULATED:

17   DATED:  January 21, 2015                            /s/
                                                    CLAIRE LEARY
18                                                  Attorney for Defendant Akolo

20   DATED:  January 21, 2015                            /s/
                                                    AARON D. WEGNER
21                                                  Assistant United States Attorney

22   IT IS SO ORDERED.

24   DATED: January 23, 2015
                                                    HON. JON S. TIGAR
25                                                  United States District Judge