1  Claire Leary
   912 Cole Street, Suite 347
2  San Francisco, California   94117
   Telephone:  (415) 225-4640
3  atyleary@aol.com
   Counsel for Defendant Robert Akolo
4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,        )   No. CR 14-236 JST
                                    )
9                    Plaintiff,     )   Stipulation and
   vs.                              )
10                                  )   ~~Proposed~~
   ROBERT AKOLO,                    )
11                                  )   Order Continuing Motion Hearing
                     Defendant.     )
12 _____ )   Currently Set for February 23, 2015

13

14

15

16

17     The undersigned hereby stipulate that the motion hearing currently set for February 23,

18 2015, be continued to April 27, 2015, at 2:00 pm in San Francisco.   This continuance is

19 requested because the Defendant is currently in the District of Hawaii where he has pleaded

20 guilty to federal criminal charges and is awaiting sentencing in April.   Based on information

21 from the United States Marshal, it is the parties' understanding that Mr. Akolo will not be

22

23 returned to the Northern District of California until after his sentencing hearing in the District of

24

25                                        1

26

Hawaii, which is estimated to be sometime in April 2015.   Mr. Akolo is in custody and he will be transported back to this district by the United States Marshal.   The parties request that the Court order that time be excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) and (F).

Dated:   February 10, 2015        \_/s/_____
                                  Claire Leary
                                  Counsel for Defendant Akolo

Dated:   February 10, 2015        \_/s/_____
                                  Aaron Wegner
                                  Assistant United States Attorney

O R D E R

Good cause appearing therefore and upon the stipulation of the parties it is hereby ordered that the motion hearing currently set for February 23, 2015, be continued to April 27, 2015 at 2:00 pm in San Francisco.   The Defendant shall file a reply, if any, no later than April 15, 2015.   Time is excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) and (F) and the Court finds, pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, because the defendant is another district in custody.

Dated:   February   11 , 2015 _____
                                  Jon S. Tigar
                                  United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26