1 Claire Leary
912 Cole Street, Suite 347
2 San Francisco, California 94117
Telephone: (415) 225-4640
3 atyleary@aol.com
Counsel for Defendant Robert Akolo
4

**FILED**

APR 21 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 14-236 JST |
|---|---|---|
| Plaintiff, | ) | Stipulation and |
| vs. | ) | Proposed |
| ROBERT AKOLO, | ) | Order Continuing Motion Hearing |
| Defendant. | ) | Currently Set for April 27, 2015 |

The undersigned hereby stipulate that the motion hearing currently set for April 27, 2015, be continued to May 29, 2015, at 9:30 am in San Francisco. This continuance is requested because the Defendant is currently in the District of Hawaii, and it is likely that he will not arrive in the Bay Area before April 27th. Mr. Akolo has pleaded guilty to federal criminal charges in Hawaii, and it is expected that he will be sentenced there today. He will be transported back to this district by the United States Marshal. The parties request that the Court order that time be

1

excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) and (F).

It is agreed that the Defendant will file a reply, if any, no later than May 18, 2015.

Dated:  April 20, 2015          /s/_____
                                Claire Leary
                                Counsel for Defendant Akolo

Dated:  April 20, 2015          /s/_____
                                Aaron Wegner
                                Assistant United States Attorney

# ORDER

Good cause appearing therefore and upon the stipulation of the parties it is hereby ordered that the motion hearing currently set for April 27, 2015, be continued to ~~May 29~~ June 1, 2015 at 9:30 am in San Francisco.  The Defendant shall file a reply, if any, no later than May 18, 2015. Time is excluded pursuant to 18 U.S.C. section 3161(h)(1)(D) and (F) and the Court finds, pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, because the defendant is in another district in custody.

Dated:  April 21, 2015          _____
                                Jon S. Tigar
                                United States District Judge

2