1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
     1301 Clay St., 3rd Floor
6    Oakland, California 94612
     Telephone: (510) 637-3740
7    Fax: (510) 637-3724
     E-Mail: aaron.wegner@usdoj.gov
8
9  Attorneys for the United States

10
                       UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                             OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,        ) NO.  CR 14-00236 JST
                                      )
15 |     Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
                                      ) CONTINUING MOTION HEARING DATE AND
16 |     v.                           ) SETTING DEADLINE FOR DEFENDANT'S
                                      ) REPLY BRIEF AND EXCLUDING TIME FROM
17 | ROBERT AKOLO,                    ) THE SPEEDY TRIAL ACT CALCULATION
                                      )
18 |     Defendant.                   )
                                      )
19

20      A hearing on the defendant's motion to dismiss for outrageous government conduct is currently

21 scheduled for June 1, 2015, at 2:00 p.m. The parties hereby stipulate to continue the hearing on the

22 defendant's motion to dismiss to July 17, 2015, at 1:30 p.m. This continuance is requested because the

23 defendant is currently in the District of Hawaii where he was sentenced to 139 months in prison on May

24 4, 2015. The defendant is in custody and he will be transported back to this district by the United States

25 Marshal.

26      The parties request that the Court order that time be excluded pursuant to 18 U.S.C. section

27 3161(h)(1)(D) and (F).

28

STIP AND [PROPOSED] ORDER
CR 14-00236 JST

1

Therefore, the parties agree, and the Court finds and holds, as follows:

1. The hearing on the defendant's motion to dismiss for outrageous government conduct is continued to July 17, 2015, at 1:30 p.m. The defendant's reply brief shall be due not later than July 2, 2015.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from June 1, 2015, through July 17, 2015, since the defendant is currently in the District of Hawaii. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to June 1, 2015, shall remain preserved.

3. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 1, 2015, through July 17, 2015, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, the Court orders that the period from June 1, 2015, through July 17, 2015, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D), (F), and (h)(7)(A),

IT IS SO STIPULATED:

DATED: May 21, 2015        _____/s/_____
                           CLAIRE LEARY
                           Attorney for Defendant Akolo

DATED: May 21, 2015        _____/s/_____
                           AARON D. WEGNER
                           Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 21, 2015        _____
                           HON. JON S. TIGAR
                           United States District Judge

STIP AND [~~PROPOSED~~] ORDER
CR 14-00236 JST

2